AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| Michael S. Johnson | **JUDGMENT IN A CIVIL CASE** |
|---|---|
| | CASE NUMBER: 03-CV-356 |
| v. | |
| D. Kachelmeyer, et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the John and Jane Doe defendants are dismissed and Defendants' motion for summary judgment is granted and this case closed.


Date: March 10, 2006　　　　　　　　　　　　　　　　　　RODNEY C. EARLY,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

　　　　　　　　　　　　　　　　　　　　By:　　s/Deborah M. Zeeb
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk